IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                           CASE NO. 1:07-cr-00024-MP-AK

SPENCER BRENT NORTON,

    Defendant.

_____/

**O R D E R**

       This matter is before the Court on Doc. 37, a letter from Defendant Norton, requesting that he be allowed contact with co-defendant William Sparks. The Court, having considered the motion and consulted with probation, declines to deviate from its previous rulings regarding contact with Mr. Sparks. Accordingly, the motion is denied.

       **DONE AND ORDERED** this _24th_ day of March, 2010

                                    *s/Maurice M. Paul*
                             Maurice M. Paul, Senior District Judge